IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEPSON DARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0014-CG-M |
| | ) | |
| PUBLIX SUPER MARKETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the Orders entered on February 10, 2014 (Doc. 29), and March 10, 2014 (Doc. 31), it is **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's claims against the defendant are hereby **DISMISSED WITH PREJUDICE**, and sanctions are awarded to the defendant pursuant to Rule 37 of the Federal Rules of Civil Procedure in the amount of $5,348.00.

**DONE and ORDERED** this 11th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE